UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JEWELL ROWE<br>        Plaintiff,<br><br>v.<br><br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br>        Defendant. | **JUDGMENT**<br><br>No. 5:17-CV-129-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 7, 2018, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,800.00.

**This Judgment Filed and Entered on June 7, 2018, and Copies To:**

Vaughn Stephen Clauson (via CM/ECF Notice of Electronic Filing
Amanda B. Gilman (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)


June 7, 2018                      PETER A. MOORE, JR., CLERK
                                    /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk